**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01520-CR

### DARRYL RAYNARD GORDON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30600-422**

## ORDER

The Court **GRANTS** appellant's May 6, 2013 motion to substitute counsel. We **DIRECT**

the Clerk to substitute Christian Souza as appellant's attorney of record in place of Dennis Jones.

We **DENY** appellant's May 7, 2013 motion for an extension of time to file an amended

or supplemental brief. Appellant's brief has been on file since March 15, 2013, the case is at

issue, and the appeal will be set for submission in due course.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE